February 9, 1976.

Commonwealth *v.* Bagalini, Appellant.

Commonwealth *v.* Dushac, Appellant.

Before Sawyer, P. J.

Argued November 15, 1974. *John Alan Havey,* for appellant at No. 389; *John P. Dohanich,* Assistant Public Defender, for appellant at No. 395; *Joseph M. Stanichak,* Assistant District Attorney, with him *Frank S. Kelker,* Assistant District Attorney, and *Joseph S. Walko,* District Attorney, for Commonwealth, appellee at Nos. 389 and 395.

Judgments of sentence affirmed.